# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

United States of America )
v. )
)
SOPHIYAA SAHU )
)
)
)

Case No. 1:26-MJ-049

_____
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____February 13, 2025_____ in the city/county of _____Loudoun_____
in the _____Eastern_____ District of _____Virginia_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 U.S.C § 113(a)(4) | Assault by Beating, Striking, and Wounding |
| Title 49 U.S.C § 46504 (Title 18 U.S.C § 7) | Interference with Flight Crew Members |

This criminal complaint is based on these facts:

See attached Affidavit.

---

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

_AUSA April Russo/SAUSA Jillian Pascua_
*Printed name and title*

_____
*Complainant's signature*

Marc Gastaldo; Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone
_____ *(specify reliable electronic means)*.

Date: February 13, 2026

_____
*Judge's signature*

City and state:   Alexandria, Virginia

Honorable William B. Porter, U.S. Magistrate Judge
*Printed name and title*